UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX MANUEL MALDONADO,

        Plaintiff,

vs.                                      Civil Action No.:
                                      1:26-CV-01842-PAE-VF


COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this __18__ day of May, 2026, Plaintiff's motion for an extension of time is

GRANTED.  The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by July 6, 2026;

- Defendant's brief will be filed on, or before, September 4, 2026;

- Plaintiff's reply, if any, is due September 18, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

      **SO ORDERED.**

                                    _____

                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge